UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MILTON SIERRA** ) | Case Number: 09-3255 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL COMPLAINT** |
| ) | |
| **FIRST CREDIT SERVICES, INC.** ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |
| ) | |
| ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, MILTON SIERRA, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

                BY: /s/  Bruce K. Warren
                      Bruce K. Warren, Esquire
                      Attorney for Plaintiff
                      Attorney I.D. #89677
                      Warren & Vullings, LLP
                      1603 Rhawn Street
                      Philadelphia, PA  19111
                      215-745-9800